BEFORE THE SECOND DIVISION, APRIL 15, 1963

No. 67598.—Reynolds Fasteners, Inc. v. United States, protest 287674–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.